IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Domingo F. Villasenor _____, Plaintiff,

v.

Officer Sanchez (GEO Group Inc. Employee)

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 5 2014

JEFFREY P. COLWELL
CLERK

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. Domingo F. Villasenor #137540
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   3130 N. Oakland St. Aurora CO 80010

2. GEO Group Inc. Corporation 3130 N. Oakland St.
   (Name, title, and address of first defendant)
   Aurora CO 80010

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
   I was being transported, while in the custody of the GEO Group Inc.

3. Detention Officer Sanchez (Transport Driver)
   (Name, title, and address of second defendant)
   3130 N. Oakland St. Aurora CO 80010

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
   I was being transported, while in the custody of the GEO Group Inc.

4. U.S. Marshalls Dept. of Justice
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
   A federal Judge ordered I be remanded to the custody of U.S. Marshalls.

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

Red

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    ___ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    N/A

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

On 11/18/13 while in routt to the Federal Court house located at 901 19th st. Denver Co 80294 Officer Sanchez Employee of the Geo Group Inc. crashed into the barricade at the Court house causing injurie to myself and another inmate.

(Rev. 1/30/07) 3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: <u>Injuries sustained while in custody of GEO</u>

   Supporting Facts: On 11/18/13 Officer Sanchez of the GEO Group, crashed the transportation van into the barricade at the Federal Court house, causing injury to my back and neck. I was seen by Dr. Solis 24 hours later and was put in a neck brace and also prescribed pain medications for my injuries. X-rays were ordered and the results came back confirming my injuries. An Incident Report was written by Mr. Sanchez as well as U.A. tests. There is also video of the accident. Since then I have been denied medical treatment or any legal help from GEO.

(Rev. 1/30/07)                                4

2. Claim Two: **I suffered Injury in a Automobile accident. Vehicle**
   Supporting Facts: **was driven by Officer Sanchez of GEO Group.**

On 11/18/13 Officer Sanchez of the GEO Group Inc. crashed the transportation vehicle into the barricade at the Federal Court house at 901 19th st Denver CO 80294 causing injuries to myself and another inmate. 24 hours I was seen by Dr. Solis and was put into a neck brace and prescribed pain medication for my injuries. X-rays were ordered and the results confirmed my injuries. An Incident Report was written by Mr. Sanchez as well as U.A. tests. There is also video of this accident from the court house. Since then I have been denied medical treatment as well as legal help.

3. Claim Three: <u>Injuries sustained while in custody of</u>
   Supporting Facts: U.S. Marshalls.

On 11/18/13 Officer Sanchez of the GEO Group Inc. crashed the transportation vehicle into the barricade at the Federal Court house at 901 19th st Denver CO 80294, causing injuries to myself and another inmate. 24 hours later I was seen by Dr. Solis and was put into a neck brace and prescribed pain medication for my injuries. X-rays were ordered and the results confirmed my injuries. An Incident Report was written by Mr. Sanchez as well as U.A. tests. There is also video of this incident from the Court house. Since then I have been denied medical treatment as well as legal help.

(Rev. 1/30/07)                                6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes  X  No  (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   X  Yes ___ No  (CHECK ONE).

2. Did you exhaust available administrative remedies?  X  Yes ___ No  (CHECK ONE).

(Rev. 1/30/07)                                        7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

I requested access to legal counsel and to recieve help from the legal assistance Program. I also requested all the medical records of the incident at hand. I have been denied all requests that I have made. (Requests for legal counsel assistance Program, Medical Requests and Incident Reports.) The relief I am requesting is to have access to Legal Counsel and complete records of the medical reports and Incident Reports from this issue at hand. I am also requesting Punitive damages from the defendants for injuries sustained.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 8/4/14
(Date)

_____ #137540
(Prisoner's Original Signature)

(Rev. 1/30/07) 8

I hereby certify that a copy of the foregoing pleading/document was mailed to

Defendant 1 GEO Group Inc.

Defendant 2 Officer Sanchez (GEO Group Inc. Employee)

Defendant 3 U.S. MARSHALLS

at address

Defendant 1 3130 N. OAKLAND ST. AURORA CO. 80010

Defendant 2 3130 N. OAKLAND ST. AURORA CO. 80010

Defendant 3 1929 STOUT STREET SUITE-C-324 DENVER CO 80294

on the date of

Domingo F. Villasenor

plaintiff's name {print}    plaintiff's signature    date

MARY TAMEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20124051346
MY COMMISSION EXPIRES AUGUST 13, 2016

12/17/13