IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02164-BNB

DOMINGO F. VILLASENOR,

     Plaintiff,

v.

SANCHEZ, Officer, GEO Group, Inc. Employee,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     On September 17, 2014, the Court entered an order directing Plaintiff to show cause, within thirty days, why this case should not be dismissed for lack of subject matter jurisdiction. (ECF No. 20). Plaintiff has filed Letters with the Court requesting additional time to respond and to be sent a copy of the court-approved Prisoner Complaint form (ECF No. 21) and requesting leave to file an amended complaint (ECF No. 23). Plaintiff's requests are GRANTED as follows:

     The Clerk of the Court is directed to mail to Plaintiff a copy of the court-approved form for filing a Prisoner Complaint. Plaintiff shall file an Amended Complaint on the court-approved form, or otherwise respond to the Order to Show Cause, within **thirty days (30) days from the date of this Minute Order.** Failure to comply with this Minute Order may result in dismissal of this action without further notice.

     Plaintiff's Motion for Appointment of Counsel (ECF No. 22), is DENIED without prejudice as premature.

Dated: September 24, 2014